UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID RANDALL KUNKLEMAN,**

    **Plaintiff,**

**v.**                                       Case No.  3:25-cv-1872-TKW-HTC

**DENA MARIE KUNKLEMAN, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees that this case should be dismissed for the reasons articulated by the magistrate judge.  Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice.

3. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE AND ORDERED** this 14th day of November, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**